**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: **Yaneth Patricia Perea**       JOINT DEBTOR: _____   CASE NO.: **18-13909-EPK**

SS#: **xxx-xx-7908**       SS#: _____

**I.    NOTICES**

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

**II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

**B.    DEBTOR(S)' ATTORNEY'S FEE:**       ☐ NONE   ☐ PRO BONO

| | | | |
|---|---|---|---|
| Total Fees: **$2,813.00** | Total Paid: **$1,500.00** | | Balance Due: **$1,313.00** |
| Payable **-NONE-** | /month (Months ___ to ___ ) | | |

**III.    TREATMENT OF SECURED CLAIMS**

**A.    SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| **1**   Creditor: **Rushmore Loan Management** | |
| Address: **PO BOX 55004; Irvine, CA 92618** | Arrearage/Payoff on Petition Date **0.00** |
| | Regular Payment (Maintain) **737.05 /month (Months 0 to 0)** |
| Last 4 Digits of Account No.: **Account No: 7600336952** | |

Other:

☐ Real Property       Check one below for Real Property:
☐ Principal Residence       ☐ Escrow is included in the regular payments
☐ Other Real Property       ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly
Address of Collateral:

Personal Property/\
☒ Description of Collateral:       **628 NW 13th Street Apt. 21 Boca Raton, FL 33486  Palm Beach County**
**Parcel Control Number**
**06-43-47-19-22-628-0210**
**Subdivision**
**SPANISH OAKS COND DECL FILED 3-20-79**
**Official Records Book**
**14848**
**Page**

915
Sale Date
FEB-2003
L

---

**2**  Creditor:  **Spanish Oaks Condominium, Inc.**

Address:**c/o Moskowitz, Mandell,**     Arrearage/Payoff on Petition Date   **0.00**
**Salim & Simowitz; 800 Corporate**     **Regular Payment**           **666.67 /month (Months 0 to 0)**
**Drive; Suite 500; Fort**              **(Maintain)**
**Lauderdale, FL 33334**
Last 4 Digits of Account No.:    **Account No: 628-21**
Other:

☐ Real Property                          Check one below for Real Property:
     ☐ Principal Residence              ☐ Escrow is included in the regular payments
     ☐ Other Real Property             ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly
Address of Collateral:

Personal Property/\
☒ Description of          **628 NW 13th Street Apt. 21 Boca Raton, FL 33486  Palm Beach County**
Collateral:               **Parcel Control Number**
                          **06-43-47-19-22-628-0210**
                          **Subdivision**
                          **SPANISH OAKS COND DECL FILED 3-20-79**
                          **Official Records Book**
                          **14848**
                          **Page**
                          **915**
                          **Sale Date**
                          **FEB-2003**
                          **L**

---

B.  **VALUATION OF COLLATERAL:** ☒ NONE
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL
SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED
UPON YOU PURSUANT TO BR 700R AND LR 3015-3.

C.  **LIEN AVOIDANCE** ☒ NONE

D.  **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall ot
receive a distribution from the Chapter 13 Trustee.

    ☒ NONE

E.  **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall ot receive a distribution from the
Chapter 13 Trustee.

    ☒ NONE

IV.  **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]

A.  **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B.  **INTERNAL REVENUE SERVICE:** ☒NONE

C.  **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE ☐ CURRENT AND PAID OUTSIDE

D.  **OTHER:** ☒ NONE

V.  **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay   **$0.00**           /month (Months    **0**    to    **0**    )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

VI.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay
relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☒ NONE

**VII.**    **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII.**    **NON-STANDARD PLAN PROVISIONS:** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Yaneth Patricia Perea | Debtor | April 26, 2018 |
|---|---|---|
| Yaneth Patricia Perea | | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**